## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELSHAZALI GOW,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:14-cv-02034** |
| **v.** | : | |
| | : | |
| **DAUPHIN COUNTY PRISON and** | : | **(Judge Kane)** |
| **UNKNOWN PRISON GUARDS, as** | : | **(Magistrate Judge Saporito)** |
| **individuals and in their capacity as** | : | |
| **employees of the Dauphin County** | : | |
| **Prison,** | : | |
| **Defendants** | : | |

## ORDER

Before the Court in the above-captioned case is the September 22, 2016 Report and

Recommendation of Magistrate Judge Saporito.  (Doc. No. 37.)  No timely objections have been

filed.  **ACCORDINGLY**, on this 14th day of October 2016, upon review of the record and the

applicable law, **IT IS HEREBY ORDERED THAT**:

1.  The Court adopts the Report and Recommendation (Doc. No. 37), of Magistrate Judge
    Saporito;

2.  Defendant Dauphin County Prison's motion for summary judgment pursuant to Federal
    Rule of Civil Procedure 56 (Doc. No. 25), is **GRANTED**;

3.  The Clerk of Court is directed to enter **JUDGMENT** in favor of the Defendant and
    against the Plaintiff; and

4.  The Clerk of Court is directed to close the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania